Charles A. Smith
1524 Beaverhead Rd
Helena, MT 59602
Phone:(406) 442-4840
Fax: (406) 442-4164
charlesasmithlaw@gmail.com
Attorney for Debtors
State Bar I.D. Number 1436

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re: MEGAN J. BLACK | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

---
NOTICE OF NO INTEREST
---

COMES NOW, Megan J. Black, Debtor, and gives notice that the Debtor has no interest in any education individual retirement account as specified in Sec. 521(c).

DATED this 31_ day of _May , 2018.

/s/Megan J. Black
Debtor

Co-Debtor


**CERTIFICATE OF SERVICE**

Under penalty of perjury, I hereby certify that on the 31___ day of May_ , 2018, I served a true and exact copy of the foregoing document by depositing the same in the U.S. Mail, first class postage prepaid, CM/ECF addressed to the following:

Office of U.S. Trustee
Chapter 7 Trustee

/s/ Charles A. Smith