## INFORMATION TECHNOLOGY CORE

15057

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra | |
|---|---|---|---|---|---|---|---|---|---|
| Megan Aspinwall, 635 Legend Loop # 109, Helena, MT 59602 | | | | | ***-**-8718 | Married/Married | | Fed-2/0/MT-2/0 | |
| | | | | | Pay Period: 11/01/2017 - 11/30/2017 | | | Pay Date: 12/08/2017 | |
| Earnings and Hours | Hours | Rate | Current | YTD Amount | | | | | |
| Hourly Rate | 113:45 | 25.00 | 2,843.75 | 13,606.25 | | | | | |
| Cellphone | | | 35.00 | 140.00 | Paid Time Off | | Earned | YTD Used | Available |
| Bonus ITC | | | 100.00 | 100.00 | Vacation | | 6:40 | 43:30 | -16:50 |
| Overtime | | | 0.00 | 131.25 | | | | | |
| Vacation Hourly Rate | | | 0.00 | 1,087.50 | Non-taxable Company Items | | | Current | YTD Amount |
| | 113:45 | | 2,978.75 | 15,065.00 | Health Insurance (company paid) | | | 500.00 | 2,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax {2} | 0.00 | |
| Federal Withholding | -160.00 | -1,112.00 |
| Social Security Employee | -184.68 | -934.03 |
| Medicare Employee | -43.19 | -218.44 |
| MT - Withholding | -125.00 | -688.00 |
| | -512.87 | -2,952.47 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Advance Repayment | -1,500.00 | -6,200.00 |
| Employee Advance | 0.00 | 6,200.00 |
| | -1,500.00 | |

| Net Pay | 965.88 | 12,112.53 |
|---|---|---|

Core Technologies, LLC, 830 Front St., Helena, MT 59601

Powered by Intuit Payroll

## INFORMATION TECHNOLOGY CORE

15077

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra | |
|---|---|---|---|---|---|---|---|---|---|
| Megan Aspinwall, 635 Legend Loop # 109, Helena, MT 59602 | | | | | ***-**-8718 | Married/Married | | Fed-2/0/MT-2/0 | |
| | | | | | Pay Period: 11/02/2017 - 12/01/2017 | | | Pay Date: 12/22/2017 | |
| Earnings and Hours | Hours | Rate | Current | YTD Amount | | | | | |
| Hourly Rate | | | 0.00 | 13,606.25 | | | | | |
| Cellphone | | | 0.00 | 140.00 | Paid Time Off | | Earned | YTD Used | Available |
| Overtime | | | 0.00 | 131.25 | Vacation | | 0:00 | 43:30 | -16:50 |
| Vacation Hourly Rate | | | 0.00 | 1,087.50 | | | | | |
| Bonus ITC | | | 0.00 | 100.00 | Non-taxable Company Items | | | Current | YTD Amount |
| | | | 0.00 | 15,065.00 | Health Insurance (company paid) | | | 0.00 | 2,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax {2} | 0.00 | |
| Federal Withholding | 0.00 | -1,112.00 |
| Social Security Employee | 0.00 | -934.03 |
| Medicare Employee | 0.00 | -218.44 |
| MT - Withholding | 0.00 | -688.00 |
| | 0.00 | -2,952.47 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Employee Advance | 1,500.00 | 7,700.00 |
| Advance Repayment | 0.00 | -6,200.00 |
| | 1,500.00 | 1,500.00 |

| Net Pay | 1,500.00 | 13,612.53 |
|---|---|---|

Core Technologies, LLC, 830 Front St., Helena, MT 59601

Powered by Intuit Payroll

## INFORMATION TECHNOLOGY CORE

15133

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Megan Aspinwall, 635 Legend Loop # 109, Helena, MT 59602 | | | | | ***-**-8718 | Married/Married | Fed-2/0/MT-2/0 |
| | | | | | Pay Period: 01/11/2018 - 01/11/2018 | | Pay Date: 01/11/2018 |
| Earnings and Hours | Hours | Rate | Current | YTD Amount | | | |
| Insuarance Stipend | | | 2,500.00 | 2,500.00 | Non-taxable Company Items | | Current YTD Amount |
| Hourly Rate | | | 0.00 | 2,456.25 | Health Insurance (company paid) | | 0.00    500.00 |
| Cellphone | | | 0.00 | 35.00 | | | |
| | | | 2,500.00 | 4,991.25 | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax {2} | 0.00 | |
| Federal Withholding | -110.00 | -220.00 |
| Social Security Employee | -155.00 | -309.46 |
| Medicare Employee | -36.25 | -72.37 |
| MT - Withholding | -96.00 | -191.00 |
| | -397.25 | -792.83 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Advance Repayment | 0.00 | -1,500.00 |

| Net Pay | 2,102.75 | 2,698.42 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 6:40 | | -3:30 |

Core Technologies, LLC, 830 Front St., Helena, MT 59601

Powered by Intuit Payroll

## INFORMATION TECHNOLOGY CORE

**Employee**
Megan Aspinwall, 635 Legend Loop # 109, Helena, MT 59602

**SSN** ***-**-8718  **Status (Fed/State)** Married/Married  **Pay Period:** 01/01/2018 - 01/31/2018

**Allowances/Extra** Fed-2/0/MT-2/0  **Pay Date:** 01/25/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | | | 0.00 | 2,456.25 |
| Insuarance Stipend | | | 0.00 | 2,500.00 |
| Cellphone | | | 0.00 | 35.00 |
| | | | 0.00 | 4,991.25 |

| | | Current | |
|---|---|---|---|
| Vacation | | 0:00 | -3:30 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Health Insurance (company paid) | 0.00 | 500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax {2} | 0.00 | |
| Federal Withholding | 0.00 | -220.00 |
| Social Security Employee | 0.00 | -309.46 |
| Medicare Employee | 0.00 | -72.37 |
| MT - Withholding | 0.00 | -191.00 |
| | 0.00 | -792.83 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Employee Advance | 1,500.00 | 1,500.00 |
| Advance Repayment | 0.00 | -1,500.00 |
| | 1,500.00 | |

| Net Pay | 1,500.00 | 4,198.42 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|

*Handwritten: AP ID 2601749485*

Core Technologies, LLC, 830 Front St., Helena, MT 59601

Powered by **Intuit Payroll**

## INFORMATION TECHNOLOGY CORE

15126

**Employee**
Megan Aspinwall, 635 Legend Loop # 109, Helena, MT 59602

**SSN** ***-**-8718  **Status (Fed/State)** Married/Married  **Pay Period:** 12/01/2017 - 12/31/2017

**Allowances/Extra** Fed-2/0/MT-2/0  **Pay Date:** 01/10/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 98:15 | 25.00 | 2,456.25 | 2,456.25 |
| Cellphone | | | 35.00 | 35.00 |
| | 98:15 | | 2,491.25 | 2,491.25 |

| Health Insurance (company paid) | 500.00 | 500.00 |
|---|---|---|

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax {2} | 0.00 | |
| Federal Withholding | -110.00 | -110.00 |
| Social Security Employee | -154.46 | -154.46 |
| Medicare Employee | -36.12 | -36.12 |
| MT - Withholding | -95.00 | -95.00 |
| | -395.58 | -395.58 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Advance Repayment | -1,500.00 | -1,500.00 |

| Net Pay | 595.67 | 595.67 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 6:40 | 43:30 | -10:10 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|

Core Technologies, LLC, 830 Front St., Helena, MT 59601

Powered by **Intuit Payroll**

## INFORMATION TECHNOLOGY CORE

015190

**Employee**
Megan Aspinwall, 635 Legend Loop # 109, Helena, MT 59602

**SSN** ***-**-8718  **Status (Fed/State)** Married/Married  **Pay Period:** 01/01/2018 - 01/31/2018

**Allowances/Extra** Fed-2/0/MT-2/0  **Pay Date:** 02/09/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 160:30 | 25.00 | 4,012.50 | 6,468.75 |
| Vacation Hourly Rate | 3:10 | 25.00 | 79.17 | 79.17 |
| Insuarance Stipend | | | 500.00 | 3,000.00 |
| Cellphone | | | 35.00 | 70.00 |
| | 163:40 | | 4,626.67 | 9,617.92 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 6:40 | 3:10 | 0:00 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Health Insurance (company paid) | 0.00 | 500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax {2} | 0.00 | |
| Federal Withholding | -325.00 | -545.00 |
| Social Security Employee | -286.85 | -596.31 |
| Medicare Employee | -67.09 | -139.46 |
| MT - Withholding | -223.00 | -414.00 |
| | -901.94 | -1,694.77 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Advance Repayment | -1,500.00 | -3,000.00 |
| Employee Advance | 0.00 | 1,500.00 |
| | -1,500.00 | -1,500.00 |

| Net Pay | 2,224.73 | 6,423.15 |
|---|---|---|

Core Technologies, LLC, 830 Front St., Helena, MT 59601

Powered by **Intuit Payroll**

## INFORMATION TECHNOLOGY CORE

**Employee**
Megan Aspinwall, 635 Legend Loop # 109, Helena, MT 59602

**SSN:** ***-**-8718
**Status (Fed/State):** Married/Married
**Pay Period:** 02/01/2018 - 02/28/2018
**Allowances/Extra:** Fed-2/0/MT-2/0
**Pay Date:** 02/26/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | | | 0.00 | 6,468.75 |
| Insurance Stipend | | | 0.00 | 3,000.00 |
| Cellphone | | | 0.00 | 70.00 |
| Vacation Hourly Rate | | | 0.00 | 79.17 |
| | | | 0.00 | 9,617.92 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0:00 | 3:10 | 0:00 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Health Insurance (company paid) | 0.00 | 500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax {2} | 0.00 | |
| Federal Withholding | 0.00 | -545.00 |
| Social Security Employee | 0.00 | -596.31 |
| Medicare Employee | 0.00 | -139.46 |
| MT - Withholding | 0.00 | -414.00 |
| | 0.00 | -1,694.77 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Employee Advance | 1,500.00 | 3,000.00 |
| Advance Repayment | 0.00 | -3,000.00 |
| | 1,500.00 | |

| Net Pay | 1,500.00 | 7,923.15 |
|---|---|---|

Core Technologies, LLC, 830 Front St., Helena, MT 59601

Powered by Intuit Payroll

---

## INFORMATION TECHNOLOGY CORE

015274

**Employee**
Megan Aspinwall, 635 Legend Loop # 109, Helena, MT 59602

**SSN:** ***-**-8718
**Status (Fed/State):** Married/Married
**Pay Period:** 02/01/2018 - 02/28/2018
**Allowances/Extra:** Fed-2/0/MT-2/0
**Pay Date:** 03/09/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 142:15 | 25.00 | 3,556.25 | 10,025.00 |
| Vacation Hourly Rate | 6:40 | 25.00 | 166.67 | 245.84 |
| Insurance Stipend | | | 500.00 | 3,500.00 |
| Cellphone | | | 35.00 | 105.00 |
| | 148:55 | | 4,257.92 | 13,875.84 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 6:40 | 9:50 | 0:00 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Health Insurance (company paid) | 0.00 | 500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax {2} | 0.00 | |
| Federal Withholding | -281.00 | -826.00 |
| Social Security Employee | -263.99 | -860.30 |
| Medicare Employee | -61.74 | -201.20 |
| MT - Withholding | -201.00 | -615.00 |
| | -807.73 | -2,502.50 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Advance Repayment | -1,500.00 | -4,500.00 |
| Employee Advance | 0.00 | 3,000.00 |
| | -1,500.00 | -1,500.00 |

| Net Pay | 1,950.19 | 9,873.34 |
|---|---|---|

Core Technologies, LLC, 830 Front St., Helena, MT 59601

Powered by Intuit Payroll

---

## INFORMATION TECHNOLOGY CORE

015329

**Employee**
Megan Aspinwall, 635 Legend Loop # 109, Helena, MT 59602

**SSN:** ***-**-8718
**Status (Fed/State):** Married/Married
**Pay Period:** 03/01/2018 - 03/31/2018
**Allowances/Extra:** Fed-2/0/MT-2/0
**Pay Date:** 04/10/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 92:00 | 25.00 | 2,300.00 | 12,325.00 |
| Insurance Stipend | | | 500.00 | 4,000.00 |
| Cellphone | | | 35.00 | 140.00 |
| Vacation Hourly Rate | | | 0.00 | 245.84 |
| | 92:00 | | 2,835.00 | 16,710.84 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 6:40 | 9:50 | 6:40 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Health Insurance (company paid) | 0.00 | 500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax {2} | 0.00 | |
| Federal Withholding | -118.00 | -944.00 |
| Social Security Employee | -175.77 | -1,036.07 |
| Medicare Employee | -41.11 | -242.31 |
| MT - Withholding | -116.00 | -731.00 |
| | -450.88 | -2,953.38 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Employee Advance | 0.00 | 3,000.00 |
| Advance Repayment | 0.00 | -4,500.00 |
| | 0.00 | -1,500.00 |

| Net Pay | 2,384.12 | 12,257.46 |
|---|---|---|

Core Technologies, LLC, 830 Front St., Helena, MT 59601

Powered by Intuit Payroll