| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **MEGAN J. BLACK** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8718 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **U.S. Bankruptcy Court, District of Montana** | | |
| Case number:   **18−60521−BPH** | | |

# Order of Discharge                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   MEGAN J. BLACK
   fka MEGAN JEAN ASPINWALL

**By the court:**   _[signature]_

8/28/18

                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                     **Order of Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

```
                          United States Bankruptcy Court
                               District of Montana
In re:                                                         Case No. 18-60521-BPH
MEGAN J. BLACK                                                 Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0977-2          User: pjc                Page 1 of 1         Date Rcvd: Aug 28, 2018
                              Form ID: 318             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
db            +MEGAN J. BLACK,    635 LEGEND LOOP #109,    HELENA, MT 59602-8635
1306141       +BILLINGS CLINIC,    PO BOX 31797,    BILLINGS, MT 59107-1797
1306142       +BRUCE M. SPENCER, ESQ.,    PO BOX 726,    HELENA, MT 59624-0726
1306143       +BUREAUS INVESTMENT PORTFOLIO,    2700 SNELLING AVE N,    ROSEVILLE, MN 55113-1719
1306144       +CATHRYN ENGLISH-STRAUB,    616 HELENA AVE #301,    HELENA, MT 59601-3654
1306147       +DISTRESSED ASSET PORTFOLIO,    5440 N CULBERLAND AVE,    CHICAGO, IL 60656-1490
1306148       +GREAT LAKES,    2401 INTERNATIONAL LANE,    MADISON, WI 53704-3192
1306150       +KATHLEEN DOLEZAL,    616 HELENA AVE,    HELENA, MT 59601-3654
1306151       +LEWIS AND CLARK EMERGENCY PHYSICANS,    PO BOX 864951,    ORLANDO, FL 32886-4951
1306496        MONTANA DEPT OF REVENUE,    ATTN BANKRUPTCY SPECIALIST,    PO BOX 7701,    HELENA, MT  59604-7701
1306152        MRS BPO LLC,    1930 DISNEY AVE,    CHERRY HILL, NJ 8003
1306153       +RANCH, STROM, ISRAEL & HORNICK,    250 N SUMY SLOPE RD,    BROOKFIELD, WI 53005-4800
1306154       +SAINT PETERS HOSPITAL,    PO BOX 6228,    HELENA, MT 59604-6228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
1306145       +E-mail/Text: lpatterson@centronservices.com Aug 28 2018 22:11:32      CENTRON SERVICES,
                PO BOX 875,    HELENA, MT 59624-0875
1306146       +E-mail/Text: lpatterson@centronservices.com Aug 28 2018 22:11:32      CREDIT SYSTEMS,
                PO BOX 875,    HELENA, MT 59624-0875
1306149       +E-mail/Text: collections@thecu4u.org Aug 28 2018 22:11:55      HELENA COMMUNITY CREDIT UNION,
                PO BOX 159,    HELENA, MT 59624-0159
1313981       +EDI: PRA.COM Aug 29 2018 02:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
1306155       +EDI: RESURGENT.COM Aug 29 2018 02:09:00      SHERMAN ORIGINATOR, LLC,    PO BOX 10497,
                GREENVILLE, SC 29603-0497
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              CHARLES A. SMITH, III    on behalf of Debtor MEGAN J. BLACK charlesasmithlaw@gmail.com,
                mtgogrzz@msn.com
              OFFICE OF THE U.S. TRUSTEE    ustp.region18.bs.ecf@usdoj.gov
              PRA RECEIVABLES MANAGEMENT, LLC    claims@recoverycorp.com
              RICHARD J. SAMSON    rjs@csjlaw.com, lmesser@csjlaw.com;mt10@ecfcbis.com
                                                                                             TOTAL: 4
```